UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CRUZ,<br><br>          Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY,<br><br>          Defendant. | No.  1:23-cv-00799-KES-SKO<br><br>ORDER REGARDING JOINT STIPULATION TO CONTINUE JURISDICTION<br><br>(Doc. 19) |

On April 22, 2024, the parties filed a joint stipulation to extend the filing deadline for Plaintiff to file a motion for attorney's fees, costs, and expenses, and to continue the Court's jurisdiction over this matter.  Doc. 16.  The Court, having considered the parties' joint stipulation and finding good cause, hereby ORDERS as follows:

1. The Court extends the deadline for Plaintiff to file a motion for attorneys' fees, costs, and expenses to June 24, 2024; and

2. The Court shall retain jurisdiction over this action pending a decision on Plaintiff's motion for attorney's fees, costs, and expenses.

IT IS SO ORDERED.

     Dated:   April 25, 2024                              _____
                                                          UNITED STATES DISTRICT JUDGE

1