UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CRUZ, | No.  1:23-cv-00799-KES-SKO |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES |
| v. | |
| FORD MOTOR COMPANY, et al., | Doc. 23 |
| Defendants. | |

On June 25, 2024, the parties filed a joint stipulation to continue the previously extended deadline for plaintiff to file a motion for attorneys' fees, costs, and expenses and to continue the court's jurisdiction over this matter.  Doc. 23.  The court, having considered the parties' joint stipulation and finding good cause, hereby ORDERS:

1.  The deadline for plaintiff to file a motion for attorneys' fees, costs, and expenses is continued to August 26, 2024; and

2.  The court shall retain jurisdiction over this action pending a decision on plaintiff's motion for attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   June 27, 2024

_____
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28